662

**No. 45980.**—Protest 36711–K of Pistorino & Co., Inc. (Boston).

Opinion by WALKER, J.  In accordance with the report of the appraiser the travertine slabs in question were held dutiable at 25 cents per cubic foot under paragraph 234 (b) as claimed.

**No. 45981.**—Protest 47754–G of Amtorg Trading Corp. (New York).

Opinion by WALKER, J.  It was stipulated that the dogskins in question are similar to those the subject of *Brachman* v. *United States* (5 Cust. Ct. 153, C. D. 389).  The claim for free entry under paragraph 1681 was therefore sustained.

**No. 45982.**—Protests 790059–G, etc., of Far Eastern Fur Co. (New York).

Opinion by WALKER, J.  It was stipulated that the dogskins in question are similar to those the subject of *Brachman* v. *United States* (5 Cust. Ct. 153, C. D. 389).  The claim for free entry under paragraph 1681 was therefore sustained.

**No. 45983.**—Protest 4844–K of Louis Benjamin (New York).

Opinion by WALKER, J.  It was stipulated that the lift vans in question are similar to those the subject of Abstract 43642.  They were therefore held free of duty as claimed.

**No. 45984.**—Protest 997649–G of Mrs. Louise Zemlinsky (New York).

Opinion by WALKER, J.  It was stipulated that the lift vans in question are similar to those the subject of Abstract 43642.  They were therefore held free of duty as claimed.

**No. 45985.**—Protest 947313–G of American Trading Co., Inc. (New York).

Opinion by WALKER, J.  In accordance with stipulation of counsel and on the authority of *Kubierschky* v. *United States* (5 Cust. Ct. 143, C.D. 386) the granite tower in question was held dutiable at 30 percent under paragraph 214 as claimed.

BEFORE THE THIRD DIVISION, JUNE 3, 1941

**No. 45986.**—Protests 37265-K, etc., of Sherman T. Blake Co. et al.  (Los Angeles).

Opinion by CLINE, J.  It was stipulated that the peat moss in question is similar to that the subject of *Peat Import Corp.* v. *United States* (4 Cust.Ct. 181, C. D. 319).  The claim for free entry under paragraph 1685 was therefore sustained.